

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2023

No. 04-22-00193-CV

Alfonso **TREVINO**, III, individually and Alfonso Trevino, III, as representative and beneficiary of Estate of Geraldine Trevino, and Alfonso Trevino, III, A/N/F of minors C.T. and A.T., IV, beneficiaries of Estate of Geraldine Trevino,
Appellant

v.

Alejandro **OROZCO**, Jr. and City of San Antonio,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17867
Honorable Larry Noll, Judge Presiding

# O R D E R

The Appellee's (City of San Antonio) Unopposed Second Motion for Extension of Time to file brief is hereby GRANTED. Appellee's brief is due January 27, 2023. No further extensions absent extenuating circumstances.

_Rebeca C. Martinez_
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2023.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court